IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Summer Anthony, | ) | C/A No.: 6:22-cv-03240-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| vs. | ) | **WITH PREJUDICE** |
| | ) | |
| ReliaStar Life Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Summer Anthony and Defendant ReliaStar Life Insurance Company hereby stipulate that this lawsuit shall be and the same is hereby dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own fees and costs of litigation.

Respectfully submitted this 3rd day of November, 2023.

| | |
|---|---|
| s/M. Leila Louzri | s/Theodore D. Willard, Jr. |
| M. Leila Louzri | Theodore D. Willard, Jr. |
| Federal I.D. No.: 12007 | Federal I.D. No.: 5136 |
| Nathaniel W. Bax, Fed.ID No. 09835 | MONTGOMERY WILLARD, LLC |
| FOSTER LAW FIRM, LLC | 1002 Calhoun Street |
| 25 Mills Avenue | Post Office Box 11886 |
| Post Office Box 2123 | Columbia, South Carolina 29211-1886 |
| Greenville, South Carolina 29602 | |
| | Telephone: (803) 779-3500 |
| Telephone: (864) 242-6200 | |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| | |
| Date: November 3, 2023 | Date: November 3, 2023 |